# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIENNE YOUNG and <br> JULIEN McDOWALL, <br>             Plaintiffs, <br><br> v. <br><br> KATHLEEN BAUSMAN, Field Office Director, U.S. Citizenship & Immigration Services, <br> WILLIAM BARR, Attorney General,[1] <br> LEE FRANCIS CISSNA, Director of USCIS, <br> CHAD F. WOLF,[2] Acting Secretary, U.S. Department of Homeland Security, <br>             Defendants. | CIVIL ACTION <br><br><br> NO. 19-1870 |

## O R D E R

**AND NOW**, this 27th day of February, 2020, upon consideration of Government's Motion for Summary Judgment (Document No. 5, filed on July 12, 2019), Plaintiff's Response to Government's Motion for Summary Judgment (Document No. 10, filed September 18, 2019), Plaintiffs' Cross Motion for Summary Judgment (Document No. 11, filed September 18, 2019), Memorandum in Opposition to Plaintiffs' Cross-Motion for Summary Judgment and in Further Support of Government's Motion for Summary Judgment (Document No. 12, filed October 8, 2019), and Reply to Government's Memorandum Dated and Filed October 8, 2019 Opposing Plaintiffs' Cross Motion for Summary Judgment (Document No. 13, filed October 17, 2019), for the reasons set forth in the accompanying Memorandum dated February 18, 2020, **IT IS ORDERED** that Government's Motion for Summary Judgment is **GRANTED** and Plaintiffs'

---

[1]    William Barr became the Attorney General on February 14, 2019.
[2]    Chad F. Wolf became the Acting Secretary, U.S. Department of Homeland Security on November 13, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Chad F. Wolf is substituted for Kevin K. McAleenan as a defendant in this suit.

Cross-Motion for Summary Judgment is **DENIED**.

                                                **BY THE COURT:**
                                                **/s/ Hon. Jan E. DuBois**

                                                    **DuBOIS, JAN E., J.**